UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAVON FORD,

                           Plaintiff,

           -v-

EMPRESS AMBULANCE SERVICE LLC,

                          Defendant.

------------------------------------------------------------X

22 Civ. 8679 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    On October 17, 2022, the Court directed Plaintiff Kavon Ford to amend his pleading to allege the citizenship of each constituent person or entity of Empress Ambulance Service LLC. *See* Dkt. 5; *Handelsman v. Bedford Village Associates Ltd. Partnership*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members."). On October 20, 2022, Plaintiff filed an amended complaint, Dkt. 6, but it still does not allege facts as to (1) the citizenship of natural persons who are members of the limited liability company and (2) the place of incorporation and principal place of business of any corporate entities who are members of the limited liability company. *See id.*; Dkt. 6. Plaintiff shall submit a letter to the Court detailing the citizenship of each constituent person or entity of the LLC by October 24, 2022, or the Court will dismiss the action for lack of subject-matter jurisdiction. *See Curley v. Brignoli, Curley & Roberts Assoc.*, 915 F.2d 81, 83 (2d Cir. 1990) ("[S]ubject matter jurisdiction is an unwaivable *sine qua non* for the exercise of federal judicial power.").

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 20, 2022
      New York, New York