IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

KAVON FORD, individually and on behalf of all others similarly situated,  )
          Plaintiff(s)  )
v.  )
EMPRESS AMBULANCE SERVICES, INC., d/b/a EMPRESS EMS  )
          Defendant(s)  )

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 7:22-cv-08679-KMK

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __KAVON FORD__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __EMPRESS AMBULANCE SERVICES, INC., d/b/a EMPRESS EMS__.

Date: September 26, 2024

/s/ Vicki J. Maniatis
*Signature of plaintiffs or plaintiff's counsel*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
100 Garden City Plaza, Suite 500
*Address*

Garden City, NY 11530
*City, State & Zip Code*

(865) 412-2700
*Telephone Number*

SO ORDERED:

**HON. KENNETH M. KARAS U.S.D.J.**

9/27/2024